SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>LYUDMILA POLYANSKAYA, et. al.,<br><br>    Defendants. | Case No. **2:09-cv-01358-FCD-EFB**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL SEPTEMBER 30, 2009 FOR DEFENDANTS ROSS DAVIDSON; MILDRED DAVIS DAVIDSON; LYUDMILA POLYANSKAYA; LILIYA AGARKOVA LYUBOV POLYANSKAYA; EPIFANIA N. DAHILIG TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Ross Davidson; Mildred Davis Davidson, by and through their respective attorneys of record, Scott N. Johnson; John Rochelle who only represents defendants Ross Davidson and Mildred Davis Davidson, stipulate as follows:

STIPULATION AND ORDER RE: EXTENSION OF TIME - 1

1. No extension of time has been previously obtained.

2. Defendants Ross Davidson; Mildred Davis Davidson; Lyudmila Polyanskaya; Liliya Agarkova Lyubov Polyanskaya; Epifania N. Dahilig are granted an extension until September 30, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Ross Davidson; Mildred Davis Davidson; Lyudmila Polyanskaya; Liliya Agarkova Lyubov Polyanskaya; Epifania N. Dahilig response will be due no later than September 30, 2009.

IT IS SO STIPULATED effective as of August 14, 2009

Dated: August 14, 2009              /s/John Rochelle_____
                                    John Rochelle,
                                    Attorney for Defendants
                                    Ross Davidson; Mildred
                                    Davis Davidson

STIPULATION AND ORDER RE: EXTENSION OF TIME - 2

Dated:  August 14, 2009                    /s/Scott N. Johnson _____

                                           Scott N. Johnson,

                                           Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendants Ross Davidson; Mildred Davis Davidson; Lyudmila Polyanskaya; Liliya Agarkova Lyubov Polyanskaya; Epifania N. Dahilig shall have until September 30, 2009 to respond to complaint.

Dated:  August 17, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE