SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>       Plaintiff,<br><br>   vs.<br><br>LYUDMILA POLYANSKAYA, et. al.,<br><br>       Defendants. | Case No. **2:09-cv-01358-FCD-EFB**<br><br>**ORDER FOR CONTINUANCE OF DATE TO FILE JOINT STATUS CONFERENCE STATEMENT**<br><br>Joint Status Conference Statement: September 3, 2009 |

Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the date to file a joint status conference statement from September 3, 2009 to October 5, 2009.  Pursuant to Local Rule 16, Defendants are to be served within 120 days of filing the complaint.  This complaint was filed on May 15, 2009; the 120 day time period for service would end on September 15, 2009. Defendants Lyudmila Polyanskaya and Lilya Agarkova Lyubov Polyanskaya were served on June 21, 2009, Defendant

Epifania N. Dahlig was served on June 24, 2009 and Defendants Ross Davidson and Mildred Davis Davidson were served on July 3, 2009. Pursuant to Local Rule 16, the Parties are to confer as required by Fed. R. Civ. P. 26(f) and submit a joint status conference statement within 60 days after all Defendants are served. The joint status conference statement would be due September 3, 2009. Plaintiff filed a Stipulation and Proposed Order on August 17, 2009 granting Defendants an extension of time to respond to the complaint until September 30, 2009. A continuance of the date for filing a joint status conference statement from September 3, 2009 to October 5, 2009 would give the Defendants time to file a response to Plaintiff's complaint.

Dated:  August 28, 2009          /s/Scott N. Johnson _____

                                 Scott N. Johnson,

                                 Attorney for Plaintiff

**ORDER**

   IT IS HEREBY ORDERED THAT the parties shall have the filing date of the joint status conference statement continued to October 5, 2009.

Dated:  August 31, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE