SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>LYUDMILA POLYANSKAYA, et. al.,<br><br>Defendants. | Case No.: CIV.S-09-01358-FCD-EFB<br><br>**ORDER FOR DISMISSAL OF LYUDMILA POLYANSKAYA; LILIYA AGARKOVA LYUBOV POLYANSKAYA; EPIFANIA N. DAHLING; and MILDRED DAVIS DAVIDSON**<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANT** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (Lyudmila Polyanskaya; Liliya Agarkova Lyubov Polyanskaya; Epifania N. Dahling) be and are hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). Plaintiff requests that Defendant (Mildred Davis Davidson) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2) because this Defendant is deceased. Plaintiff requests that this action remain open as to Defendant, Ross Davidson.

Dated: September 25, 2009     /s/Scott N. Johnson
                              SCOTT N. JOHNSON
                              Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated: September 25, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE