UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,

    v.

LYUDMILA POLYANSKAYA, et. al.,

        Defendants.
_____/

NO.  2:09-cv-1358 FCD EFB

**ORDER RE: SETTLEMENT AND DISPOSITION**

        Pursuant to the representation of the plaintiff, in the above action, the court has determined that this case has settled.

        In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before November 6, 2009.  All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

        **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

        **IT IS SO ORDERED**.

Dated: October 6, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE